UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 Tyjuan Gray,

    Defendant.

Violation: 18 U.S.C. §§ 111(a)(1), (b)

Case: 2:23-cr-20544
Assigned To : Berg, Terrence G.
Referral Judge: Grand, David R.
Assign. Date : 9/21/2023
Description: IND USA V TYJUAN GRAY (SS)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. §§ 111(a)(1), (b)
*Assaulting, Resisting, or Impeding Certain Officers or Employees – Inflicting Bodily Injury*

On or about July 12, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Tyjuan Gray, knowingly and feloniously assaulted, resisted, opposed, impeded, intimidated and interfered with a federal officer or employee of the United States, that is AV-1, a Mid-Level Practitioner with the Federal Bureau of Prisons at Federal Correctional Institution Milan, while AV-1 was engaged in the performance of AV-1's official duties, and inflicted bodily injury upon AV-1 by strangling AV-1 and pushing AV-1 to the ground, all in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

1

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*s/ Brandy R. McMillion*
BRANDY R. McMILLION
Chief, General Crimes Unit
Assistant United States Attorney

*s/ Tara Mathena Hindelang*
TARA MATHENA HINDELANG
Assistant United States Attorney

Dated: September 21, 2023

| United States District Court<br>Eastern District of Michigan | Criminal Case Co | Case: 2:23-cr-20544<br>Assigned To : Berg, Terrence G.<br>Referral Judge: Grand, David R.<br>Assign. Date : 9/21/2023<br>Description: IND USA V TYJUAN GRAY (SS) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: 20-cr-20400 |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: Hon. Jonathan J.C. Grey |
| ☒ Yes   ☐ No | AUSA's Initials: TMH |

Case Title: USA v. TYJUAN GRAY

County where offense occurred : Washtenaw

Check One:   ☒ Felony   ☐ Misdemeanor   ☐ Petty

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

September 21, 2023
Date

Tara Mathena Hindelang
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9543
Fax:    (313) 226-2311
E-Mail address: tara.hindelang@usdoj.gov
Attorney Bar #: P78685

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.